STATE OF MAINE
OXFORD, ss.

SUPERIOR COURT
CIVIL ACTION
DOCKET NO. RE-99-06
TDW - OXF - 3/28/2000

RONALD W. SAVAGE,

Plaintiff

vs.

ORDER

RECEIVED AND FILED

MAR 28 2000

Donn L. [___]
CLERK OF C[___]

SKI MT. ABRAM, et al.,

Defendants

On September 22, 1999 the court filed an order compelling defendant Steamship Navigation Co. to answer plaintiff's interrogatories and respond to plaintiff's document requests within 14 days. The order also required defendant Steamship Navigation Co. to pay a sanction of $75 within 14 days.

According to a motion for contempt filed by plaintiff on February 2, 2000, defendant Steamship Navigation Co. failed to pay the $75 sanction despite various reminders and demands. Plaintiff's motion sought to have defendant Steamship Navigation Co. held in contempt for failure to pay the $75 and to have Steamship Navigation pay the reasonable cost of securing compliance with the court's September 22 order (essentially plaintiff's attorneys fees for the time expended in seeking to have Steamship Navigation pay the $75).

Steamship Navigation has now paid the $75 but has not responded to plaintiff's request for costs. It is hereby ordered that defendant Steamship Navigation, if it opposes plaintiff's request for costs, shall file an opposition to plaintiff's motion on or before March 20, 2000.

DONALD L. GARBRECHT
LAW LIBRARY

MAY 4 2000

Dated: March  8 , 2000

Thomas D. Warren
Justice, Superior Court

RECEIVED AND FILED

MAR 2 8 2000

Donna L. Howe
CLERK OF COURTS

3/28/00

No opposition having been filed, it is hereby ordered that defendant Steamship Navigation Co. shall pay costs in the amount of $250 for the efforts expended by plaintiff's counsel in obtaining compliance with this court's order of 9/21/99. Payment to be made within 30 days of this order.

2